## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:01CR127** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **RONNEY PERRY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Defendant Ronney Perry (Perry) appeared before the court on January 10, 2008, on the Petition for Warrant or Summons for Offender Under Supervision (Report) (Filing No. 32).  Perry was represented by Federal Public Defender David R. Stickman and Assistant Federal Public Defender Jessica P. Douglas and the United States was represented by Assistant U.S. Attorney Maria R. Moran.  Through his counsel, Perry waived his right to a probable cause hearing on the Report pursuant to Fed. R. Crim. P. 32.1(a)(1).  I find that the Report alleges probable cause, and Perry should be held to answer for a final dispositional hearing before Senior Judge Lyle E. Strom.  Perry was returned to Douglas County Authorities and the U.S. Marshal was directed to place a detainer with such authorities.

**IT IS ORDERED**:

A final dispositional hearing will be held before Senior Judge Lyle E. Strom in Courtroom No. 5, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 9:30 a.m. on February 1, 2008.**  Defendant must be present in person.

DATED this 10th day of January, 2008.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge