IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:01CR127 |
| | ) | |
| v. | ) | |
| | ) | |
| RONNEY PERRY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On February 1, 2008, the defendant appeared with counsel for a hearing on a Petition for Warrant or Summons for Offender Under Supervision (Filing No. 32). Defendant was present and represented by Jessica Douglas. Plaintiff was represented by Maria R. Moran, Assistant United States Attorney. The defendant admitted to Allegation No. 1 of the Petition. The Court found the defendant to be in violation of the terms of his supervised release. The Court then proceeded to sentencing.

IT IS ORDERED:

1) Defendant's supervised release is hereby revoked, and the defendant is sentenced to the custody of the Bureau of Prisons for a term of 1 year and 1 day.

2) Upon completion of the defendant's incarceration, he will be placed on supervised release for a period of 48 months, under the same terms and conditions of supervised release previously imposed on December 13, 2001.

DATED this 4th day of February, 2008.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court