IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
           Plaintiff,        )        8:01CR127
                             )
      v.                     )
                             )
RONNEY PERRY,                )        ORDER
                             )
           Defendant.        )
_____)
```

This matter is before the Court on defendant's motion for a reduction of sentence under the retroactive crack cocaine sentencing guidelines (Filing No. 46). A review of defendant's file indicates he completed his original sentence of seventy (70) months. He was then sentenced to a year and a day as a result of a violation of the terms of his supervised release. The modification of crack cocaine guidelines applies only to a determination of his original sentence. Therefore, he is not eligible for a reduction of sentence under the new guidelines. Accordingly,

IT IS ORDERED that defendant's motion for a reduction of sentence under the retroactive crack cocaine sentencing guidelines is denied.

DATED this 8th day of April, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court